BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YING XIONG<br>xxx-xx-3581<br><br>          **Plaintiff,**<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>          **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  17-365 EFB

~~PROPOSED~~ ORDER EXTENDING
PLAINTIFF'S TIME TO FILE
SUMMARY JUDGEMENT MOTION

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended to September 25, 2017.

DATED:  August 2, 2017.

_____
HONORABLE EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

1