BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YING XIONG<br>xxx-xx-4820<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>　　　　Defendant. | Case No. 17-365 EFB<br><br>~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended to October 9, 2017, with defendant's response due December 8, 2017. Accordingly, plaintiff's October 9, 2017 motion for summary judgment (ECF No. 17) is deemed timely filed.

DATED: October 11, 2017.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

1