PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL – CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Richard.Rodriguez@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| YING XIONG, | Case No: 2:17-CV-00365-EFB |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | DEFENDANT'S FIRST REQUEST |
| Defendant. | |

The parties, through their respective counsel, stipulate the time for filing of defendant's opposition to plaintiff's opening brief be extended from December 8, 2017 to January 8, 2018.

This is defendant's first request for an extension of time to file a response to Plaintiff's opening brief. The undersigned Defendant's counsel needs the additional time as he will be traveling to Florida to attend a memorial service for his recently deceased mother on December 7, 2017.

\\\

\\\

Stipulation and Order for Extension of Time

2:17-cv-00365-EFB     1

Defendant's counsel consulted with Plaintiff's attorney by email on November 29, 2017, who has no objection to this request.

This request is made in good faith without any intention to unduly delay the litigation of this case. The scheduling order shall be extended accordingly. The undersigned apologizes to this Court, Plaintiff, and his counsel for any inconvenience caused by this request.

Respectfully submitted,

Dated: November 29, 2017
PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL,
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/Richard M. Rodriguez*
RICHARD M. RODRIGUEZ
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: November 29, 2017
*/s/Bess M. Brewer*
By: Richard M. Rodriguez
As authorized by email on 11/29/2017
BESS M. BREWER, ESQ. CSBN 100364
Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: November 30, 2017

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE