BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517
besshelena@earthlink.net
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YING XIONG, ) | Case No. 17-365 EFB |
| ) | |
| Plaintiff, ) | ~~PROPOSED~~ ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. ) | |
| NANCY A. BERRYHILL, ) ACTING COMMISSIONER OF SSA, ) Defendant. ) | |

# PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of in the amount of FIVE THOUSAND THREE HUNDRED FOURTEEN DOLLARS AND FORTY FIVE CENTS (**$5,314.45**), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: November 29, 2018

_____
HONORABLE EDMUND F. BRENNAN
MAGISTRATE JUDGE